

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
| --- | --- | --- |
| JUAN CARLOS VILLALVA, | § | No. 08-13-00219-CR |
| Appellant, | § | Appeal from the |
| v. | § | Criminal District Court No. 1 |
| THE STATE OF TEXAS, | § | of Tarrant County, Texas |
| State. | § | (TC# 1318126D) |
|  | § |  |

**O R D E R**

The Court GRANTS the State's third motion for extension of time within which to file the brief until **April 24, 2014**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE STATE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Charles M. Mallin, the State's attorney, prepare the State's brief and forward the same to this Court on or before April 24, 2014.

IT IS SO ORDERED this 26th day of March, 2014.

PER CURIAM

Before McClure, C.J., Rivera and Rodriguez, JJ.